IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY JACOB KLINE,

       Plaintiff,

vs.                                                                       No. CIV 15-0175 JB/CG

STATE OF NEW MEXICO, Department of
Corrections,

       Defendant.

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the Order to Show Cause, filed April 8, 2015 (Doc. 10)("Order"). The Order required Plaintiff Jeremy Jacob Kline to notify the Clerk of his current address. Kline has not responded to the Order. The record also indicates that Kline's copies of the Order and an earlier order -- Granting Motion to Proceed Under 28 U.S.C. § 1915, filed March 23, 2015 (Doc. 8) -- were returned undelivered, see Mail Returned as Undeliverable, filed April 7, 2015 (Doc. 9); Mail Returned as Undeliverable, filed April 10, 2015 (Doc. 11); Mail Returned as Undeliverable, filed April 22, 2015 (Doc. 12). Because Kline has failed to comply with the Court's order and local rules, see Baker v. Suthers, 9 F. App'x 947, 949 (10th Cir. 2001) (unpublished), or to show cause why compliance should be excused, the Court will dismiss the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed February 27, 2015 (Doc. 1).

**IT IS ORDERED** that Plaintiff Jeremy Jacob Kline's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed February 27, 2015 (Doc. 1), is dismissed without prejudice, and this action is dismissed.

_____
UNITED STATES DISTRICT JUDGE

*Party:*

Jeremy Jacob Kline
Metropolitan Detention Center
Albuquerque, New Mexico

    *Plaintiff pro se*