IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY JACOB KLINE,

      Plaintiff,

vs.                                            No. CIV 15-0175 JB/CG

STATE OF NEW MEXICO, Department of
Corrections,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order of Dismissal, filed April 30, 2015 (Doc. 13)("Order"). In the Order, the Court dismissed without prejudice Plaintiff Jeremy Jacob Kline's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed February 27, 2015 (Doc. 1). See Order at 1. There being no more claims before the Court, final judgment is appropriate.

**IT IS ORDERED** that (i) Plaintiff Jeremy Jacob Kline's action is dismissed; and (ii) final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Party:*

Jeremy Jacob Kline
Metropolitan Detention Center
Albuquerque, New Mexico

      *Plaintiff pro se*